

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable W. P. Waldrop
County Auditor
Grayson County
Sherman, Texas

Dear Sir:

Opinion No. O-4119

Re: What are the correct fees to be collected by the probate court and county clerk from any citizen of the State of Texas wishing to file the record of any birth or death that occurred in Texas not previously registered? And a related question.

Your letter requesting an opinion of this department on the questions stated therein reads, in part, as follows:

"1. What are the correct fees to be collected by the Probate Court and County Clerk from any citizen of the State of Texas wishing to file the record of any birth or death that occurred in Texas, not previously registered.

"2. What are the correct fees to be collected by the Probate Court and County Clerk from any citizen of the State of Texas wishing to file the record of any birth or death that occurred outside of the State of Texas, not previously registered."

The Texas Statutes dealing with vital statistics are found as Rules 34-a to 55-a, inclusive, of Article 4477 of Vernon's Annotated Civil Statutes of Texas. Some of these rules have been amended by House Bill No. 821, House Bill No. 624 and House Bill No. 974, respectively, of the Acts of the 47th Legislature, Regular Session, 1941.

House Bill No. 974, supra, among other things, pro-vides:

"* * *, that any citizen of the State of Texas wishing to file the record of any birth or death that occurred in Texas, not previously registered, may submit to the Probate Court in the County where such birth or death occurred, a record of such birth or death written on the adopted forms of birth and death certificates; and provided further that any citizen of the State of Texas wishing to file the record of any birth or death that occurred outside of the State of Texas, not previously registered, may submit to the Probate Court in the County where he resided a record of that birth or death written on the adopted forms of birth and death certificates. The certificate shall be substantiated by the affidavit of the medical attendant present at the time of the birth, or in case of death, the affidavit of the physician last in attendance upon the deceased, or the undertaker who buried the body. When the affidavit of the medical attendant or undertaker cannot be secured, the certificate shall be supported by the affidavit of some person who was acquainted with the facts surrounding the birth or death, at the time the birth or death occurred, with a second affidavit of some person who is acquainted with the facts surrounding the birth or death, and who is not related to the individual by blood or marriage. * * *."

House Bill No. 624, supra, provides, in part:

"* * *, that any citizen of the State of Texas wishing to file the record of any birth or death, not previously registered, may submit to the Probate Court in the county where the birth or death occurred, a record of that birth or death written on the adopted forms of birth and death certificates. The certificate shall be substantiated by the affidavit of the medical attendant present at the time of the birth, or in case of death, the affidavit of the physician last in attendance upon the deceased, or the

undertaker who buried the body. When the
affidavit of the medical attendant or under-
taker cannot be secured, the certificate shall
be supported by the affidavit of some person
who was acquainted with the facts surrounding
the birth or death, at the time the birth or
death occurred, with a second affidavit of
some person who is acquainted with the facts
surrounding the birth or death, and who is
not related to the individual by blood or
marriage. The Probate Court shall require
such other information or evidence as may be
deemed necessary to establish the citizenship
of the individual filing the certificate,
and the truthfulness of the statements made
in that record. The Clerk of said Court shall
forward the certificate to the State Bureau of
Vital Statistics with an order from the Court
to the State Registrar that the record be, or
be not, accepted. The State Registrar is
authorized to accept the certificate when
verified in the above manner, and shall issue
certified copies of such records as provided
for in Section 21 of this Act. Provided, how-
ever, that when application is made, as pro-
vided in this paragraph, a fee of One Dollar
($1) shall be collected by the Probate Court,
Fifty (50) Cents of which shall be retained
by the Court, and Fifty (50) Cents of which
shall be retained by the Clerk of the County
Court for recording said birth or death certi-
ficate. Certified copies of said birth or
death certificate shall be issued by either
the County Clerk or the State Registrar and
fee for said certified copy shall be Fifty
(50) Cents. Such certified copies shall be
prima facie evidence in all Courts and places
of the facts stated thereon. No other charge
shall be made for the issuance of such delayed
certificates and certified copies thereof.
The State Bureau of Vital Statistics shall
furnish the forms upon which such records are
filed, and no other form shall be used for
that purpose.

"The fact that the present law relating to
the issuance of delayed birth or death certificates

does not stipulate the fees to be charged
and the fact that there is no uniformity of
fees that are charged throughout the State,
create an emergency and an imperative pub-
lic necessity that the Constitutional Rule
requiring bills to be read on three several
days in each House shall be suspended, and
said Rule is hereby suspended, and that this
Act shall take effect and be in force from
and after its passage, and it is so enacted."

In answer to your first question, you are respectfully
advised that it is the opinion of this department that when any
citizen of the State of Texas files a record of any birth or
death that occurred in Texas, not previously registered, in com-
pliance with the above mentioned Acts, a fee of One Dollar ($1.00)
shall be collected by the Probate Court, Fifty Cents ($0.50) of
which shall be retained by the Court, and Fifty Cents ($0.50) of
which shall be retained by the Clerk of the Court for recording
said birth or death certificate. The Clerk of the Court is au-
thorized to issue certified copies of said birth or death certi-
ficate and is entitled to a fee for said certified copy of Fifty
Cents ($0.50). It will be noted that House Bill No. 624, supra,
specifically provides "no other charge shall be made for the
issuance of such delayed certificates and certified copies there-
of."

What was said with reference to your first question is
equally applicable to your second question and the same is answered
accordingly.

Trusting that the foregoing fully answers your inquiry,
we are

Yours very truly

ATTORNEY GENERAL OF TEXAS

By (s) Ardell Williams
Assistant

AW:RS

APPROVED OCT. 29, 1941
(s) Grover Sellers
First Assistant Attorney
General

APPROVED
Opinion Committee
By B. W. B. Chairman